**Dismiss and Opinion Filed May 1, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01266-CV

**LANCESHA NORMAN, Appellant**
**V.**
**NP COMMUNITY DEVELOPMENT D/B/A HEROES HOUSE, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-05981-E**

## MEMORANDUM OPINION
Before Justices Bridges, Pedersen, III, and Evans
Opinion by Justice Pedersen, III

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and appellant's brief to be filed by February 28, 2020. By postcard dated March 4, 2020, we notified appellant the time for filing appellant's brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* Tex. R. App. P. 38.8(a)(1); 42.3(b), (c).

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE

1901266f.p05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

LANCESHA NORMAN, Appellant

No. 05-19-01266-CV     V.

NP COMMUNITY DEVELOPMENT
D/B/A HEROES HOUSE, Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-19-05981-
E.
Opinion delivered by Justice
Pedersen, III. Justices Bridges and
Evans participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 1st day of May, 2020.